```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    CODY DRABBLE
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  JOSEPH GARCIA

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) Mag. No. 09-294-KJM
15                               )
               Plaintiff,        )
16                               ) STIPULATION AND ORDER TO VACATE
         v.                      ) COURT TRIAL AND RESET FOR CHANGE
17                               ) OF PLEA
    JOSEPH GARCIA,               )
18                               )
               Defendant.        ) Date:  December 14, 2009
19                               ) Time:  10:00 a.m.
    _____    ) Judge: Hon. Kimberly J. Mueller
20

21

22  It is hereby stipulated and agreed to between the United States of

23  America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

24  defendant, JOSEPH GARCIA, by and through his counsel, LAUREN CUSICK,

25  //

26  //

27  //

28  //
```

1  Assistant Federal Defender, that the court trial set for Monday,
2  December 14, 2009, be vacated and set for change of plea on Thursday,
3  February 11, 2010 at 10:00 a.m.

6  Dated:  December 1, 2009         Respectfully submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender
8

9
                                    /s/ Lauren Cusick
10                                  LAUREN CUSICK
                                    Assistant Federal Defender
11                                  Attorney for Defendant
                                    NATHAN CAIN
12

13 Dated:  December 1, 2009         BENJAMIN B. WAGNER
                                    United States Attorney
14

15                                  /s/ Matthew Stegman
                                    MATTHEW STEGMAN
16                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
17

18

19                         **O R D E R**

20     **IT IS SO ORDERED.**

21 DATED: December 4, 2009.

                                    _____
                                    U.S. MAGISTRATE JUDGE

Vacate CT and Reset COP          -2-